TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0781 CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This Document relates to:<br><br>KATHY WHITE, Individually and on Behalf of the Estate of GLENN WHITE<br>Individual Case No. 06-0781 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0781 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff KATHY WHITE, Individually and on Behalf of the Estate of GLENN WHITE originally filed in the Northern District of California, Case Number 06-0781, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION AND ORDER OF DISMISSAL

LAimanage/28762/00178/580077/1

prejudice. The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

DATED: October 24, 2006                TUCKER ELLIS & WEST LLP


By:  /s/ Peter E. Schnaitman
Michael C. Zellers
Michael.zellers@tuckerellis.com
Peter E. Schnaitman
Peter.schnaitman@tuckerellis.com
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Defendants
PFIZER INC., PHARMACIA
CORPORATION, and
MONSANTO COMPANY (the
Monsanto Company now known
as Pharmacia Corporation)

DATED: October 24, 2006                ALEXANDER, HAWES & AUDET LLP


By:  /s/ Adel A. Nadji
William M. Audet
Joshua C. Ezrin
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 576-1776

Michael E. Schmidt
THE SCHMIDT FIRM
2911 Turtle Creek Blvd.,
Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
Kathy White Individually and on
behalf of the Estate of Glenn
White

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

LAimanage/28762/00178/580077/1

2.
STIPULATION AND ORDER OF DISMISSAL

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Dated: October 27, 2006

HONORABLE CHARLES R. BREYER



TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

LAimanage/28762/00178/580077/1

3.
STIPULATION AND ORDER OF DISMISSAL